IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 9:98-3537-SB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SIMON B. WRIGHT, JR., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

This is an action for the foreclosure of a real estate mortgage. Plaintiff's Motion for Summary Judgment is before the court.

In deciding a summary judgment motion, the court must look beyond the pleadings and determine whether there is a genuine need for trial. Matsushita Electric Industrial Co., Ltd v. Zenith Radio Corp., 475 U.S. 574, 587 (1986). The court must determine "whether the evidence presents a sufficient disagreement to require submission to a jury or whether it is so one-sided that one party must prevail as a matter of law." Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 251-53 (1986). An issue of fact is "genuine" if the evidence is such that a reasonable jury could return a verdict for Plaintiffs. Id. at 248. An issue of fact concerns "material" facts only if establishment of the fact might affect the outcome of the lawsuit under governing substantive law. Id. If Plaintiff carries its burden of showing that there is no genuine issue of material fact

in dispute, Defendant must demonstrate by affidavits, depositions, answers to interrogatories, and admissions on file, that there is a genuine issue of material fact for trial. Celotex Corp. v. Catrett, 477 U.S. 317, 324-25 (1986).

In this case, Plaintiff's Motion for Summary Judgment and accompanying exhibits satisfied its burden of demonstrating an absence of genuine issues of material fact in dispute regarding its claims against Defendants James Wright, James Barr, Thomas Davis Wright, and defendant class designated as Richard Roe. Neither of those Defendants responded to Plaintiff's Motion for Summary Judgment. The Defendant Robert Wright responded to Plaintiff's Motion indicating he does not object to the motion. Defendants therefore failed to demonstrate a genuine issue of material fact for trial.

It is therefore ORDERED that Plaintiff's Motion for Summary Judgment against Defendants, James Wright, James Barr, Thomas Davis Wright, Robert Wright and the defendant class designated as Richard Roe; be granted and judgment entered against them.

UNITED STATES DISTRICT JUDGE

Charleston, South Carolina
October 13, 2005